UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| ELIZABETH DONNELL<br>Plaintiff | Civil No. 3:21-CV-00489 |
| v.<br>HUMANA INC.<br>Defendant | Judge Doughty<br>Magistrate Judge McClusky |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Elizabeth Donnell and Defendant Humana, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of Plaintiff are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice. Each party is to bear their own costs and attorneys' fees.

Dated: November 9, 2021

By: */s/ Jonathan M. Kirkland*
KIRKLAND LAW LLC
One Galleria Blvd Suite 1900,
Metairie, LA 70001
P: (504) 370-9077
jmk@kirklandlw.com

Counsel for Plaintiff

*s/ Martin W. Jaszczuk*

Martin W. Jaszczuk (*pro hac vice*)
Seth H. Corthell (*pro hac vice*)
JASZCZUK P.C.
30 South Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
scorthell@jaszczuk.com

and

Brian A. Homza
Cook, Yancey, King & Galloway, PLC
333 Texas Street, Suite 1700
Shreveport, LA 71101
Telephone: (318) 227-7729
Facsimile: (318) 227-7850

Counsel For Defendant